IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.W. SPORTY SMITH, JR., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 09-4253 |
| ZEEKY CORPORATION, et al., | : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 7th day of May, 2010, upon consideration of Defendants' uncontested Motion for Judgment on the Pleadings and/or Summary Judgment (Doc. No. 11), it is hereby **ORDERED** that:

(1) Defendants' Motion is **GRANTED**;

(2) Count I of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

(3) Counts II through XIII of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE